John Marx PRICE *v.* STATE of Arkansas

732 S.W.2d 126

Supreme Court of Arkansas

Opinion delivered June 29, 1987

*Hollingsworth & Heller, P.A.,* by: *Ron Heller,* for appellant.

No response.

PER CURIAM. Petitioner John Marx Price, by his attorney, has filed a motion for a rule on the clerk. His attorney, Ron Heller, has by affidavit admitted it was his fault that the record was not timely tendered.

We find that the error, admittedly made by the criminal defendant's attorney, is good cause to grant the motion for a rule on the clerk.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.